IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| NO. 1 INTERNATIONAL, INC., a Utah Corporation, REX FALKENRATH, an individual,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., ROBERT L. ARCHULETA, an individual, DANNY L. HENDRIX, an individual, STEPHEN R. CAPSON, an individual,<br><br>　　　Defendants. | ORDER TAKING UNDER ADVISEMENT MOTION TO WITHDRAW AS COUNSEL<br><br><br><br>Case No. 2:09-CV-217 TS |

　　This matter is before the Court on David Hirschi, Jeffrey Steele, and the law firm of Hirschi Christensen, PLLC's ("Counsel") Motion to Withdraw as Counsel for Plaintiffs. Counsel brings this Motion under DUCivR 83-1.4(a)(1) and the Motion meets the requirements of that Rule. However, because this Motion was filed after a trial date had been scheduled, the Motion must also meet the requirements of DUCivR 83-1.4(a)(3). That Rule states:

> No attorney of record will be permitted to withdraw after an action has been set for trial unless (i) the application includes an endorsement signed by a substituting attorney indicating that such attorney has been advised of the trial date and will be prepared to proceed with trial; (ii) the application includes an endorsement signed

1

by the client indicating that the client is advised of the time and date and will be prepared for trial; or (iii) the court is otherwise satisfied for good cause shown that the attorney should be permitted to withdraw.

The Motion does not meet these requirements. It is therefore

ORDERED that the Motion to Withdraw as Counsel (Docket No. 14) is TAKEN UNDER ADVISEMENT. Counsel shall provide the information required by DUCivR 83-1.4(a)(3) within twenty (20) days of this Order. Failure to do so will result in denial of the Motion.

DATED   August 19, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge