IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| NO. 1 INTERNATIONAL, INC., a Utah Corporation, REX FALKENRATH, an individual,<br><br>    Plaintiffs,<br><br><br><br>vs.<br><br><br><br>KARREN, HENDRIX, STAGG, ALLEN & COMPANY, P.C., ROBERT L. ARCHULETA, an individual, DANNY L. HENDRIX, an individual, STEPHEN R. CAPSON, an individual,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br><br><br><br><br>Case No. 2:09-CV-217 TS |

This matter is before the Court on David Hirschi, Jeffrey Steele, and the law firm of Hirschi Christensen, PLLC's ("Counsel") Motion to Withdraw as Counsel for Plaintiffs and Counsel's Supplement to Motion to Withdraw as Counsel. Having considered the Motion and the Supplement, and good cause appearing, it is hereby

ORDERED that the Motion to Withdraw as Counsel and the Supplement to Motion to Withdraw as Counsel (Docket Nos. 14 and 16) are GRANTED. It is further

ORDERED that Plaintiff Rex Falkenrath comply with DUCivR 83-1.4(b) within twenty (20) days of this Order.[1]  It is further

ORDERED that Plaintiff No. 1 International, Inc. appoint counsel to represent it in this matter within twenty (20) days of this Order.[2]

DATED   September 9, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1]DUCivR 83-1.4(b) states: "Whenever an attorney withdraws or dies, is removed or suspended, or for any other reason ceases to act as attorney of record, the party represented by such attorney must notify the clerk of the appointment of another attorney or of his decision to appear pro se within twenty (20) days or before any further court proceedings are conducted."

[2]"[A] corporation can appear in a court of record only by an attorney at law."  *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).  A corporation may not appear "through a non-attorney corporate officer appearing *pro se*."  *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001).